HOLDERMAN, J.

(No. 5838-)

EVANSVILLE ASSOCIATION FOR THE BLIND, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

EVANSVILLE ASSOCIATION FOR THE BLIND, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

183

HOLDERMAN, J.